**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-00685-CAD |
| | § | |
| MARILEE EVANS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/26/2010, in Courtroom 742, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/26/2010          By:   /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

In re:  § Case No. 09-00685-CAD
 §
MARILEE EVANS §
 §
 §
 Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $6,028.02
*and approved disbursements of*     $3,013.30
*leaving a balance on hand of*[1] *:*     $3,014.72

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, DAVID P. LEIBOWITZ | $753.68 | $66.14 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,894.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.8%.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 2 | Fall Prevention Clinics of America | $169.00 | $75.78 |
| 3 | Fidelity Info Corp | $300.13 | $134.59 |
| 4 | Recovery Management Systems Corporation As Assignee of GE Capital - Home Shoppin | $1,928.47 | $864.79 |
| 5 | Recovery Management Systems Corporation As Assignee of Citibank - THD CONSUMER | $1,704.86 | $764.52 |
| 6 | Recovery Management Systems Corporation As Assignee of HSBC/Orchard Bank - Stand | $792.13 | $355.22 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By:   /s/ David P. Leibowitz
                               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley              Page 1 of 2                   Date Rcvd: Jul 27, 2010
Case: 09-00685                Form ID: pdf006           Total Noticed: 35


The following entities were noticed by first class mail on Jul 29, 2010.
db           +Marilee Evans,    712 McCarthy Road,    Lemont, IL 60439-4043
aty          +Charles R Wolf,    Charles R Wolf & Associates,    116 North Chicago Street,    Suite 303,
               Joliet, IL 60432-4289
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
13035669    ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
              (address filed with court:  Applied Bank,    PO Box 10210,    Wilmington, DE 19850)
13035671     +Associated Creditors Exchange,    PO Box 33130,    Phoenix, AZ 85067-3130
13035672     +Beneficial/HFC,    PO BOx 1547,    Chesapeake, VA 23327-1547
13035673      Blatt, Hasenmiller, Leibsker, Moore,    125 South Wacker Drive,    Suite 400,
               Chicago, IL 60606-4440
13035675     +Capital One,    POB 30281,    Salt Lake City, UT 84130-0281
13810839     +Capital One,    POB 93109,    Long Beach, CA 90809-3016
13035676      Countrywide Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
13035677     +Countrywide Home Loans,    450 American St S,    Simi Valley, CA 93065-6285
13035678     +DuPage Pathology Associates,    520 E 22nd Street,    Lombard, IL 60148-6110
13035679     +Fall Prevention Clinics of America,    710 E Ogden Avenue,    Naperville, IL 60563-8602
13035680     +Fidelity Info Corp,    PO Box 49938,    Los Angeles, CA 90049-0938
13035681      Fidelity Information Corporation,    PO Box 100,    Pacific Palisades, CA 90272-0100
13035685     +HSBC Card Services,    PO Box 5253,    Carol Stream, IL 60197-5253
13035684      Home Depot/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
13035686     +I C Sytems Collections,    POB 64378,    Saint Paul, MN 55164-0378
13035687      IC System, Inc,    444 Highway 96 East,    PO Box 64437,    Saint Paul, MN 55164-0437
13035688     +Leonard Evans,    712 McCarthy Road,    Lemont, IL 60439-4043
13035691     +Midwest Center for Stress & Anxiety,    112 N Church Street,    PO Box 205,
               Oak Harbor, OH 43449-0205
13035692      Naperville Ear Nose & Throat,    10 W Martin Avenue,    #260,    Naperville, IL 60540-6547
13035694      Neurology Associates Ltd,    PO Box 11817,    Harvey, IL 60426
13035695     +Northland Group Inc,    7831 Glenroy Road,    Suite 110,    Edina, MN 55439-3136
13035697     +Radiology Imaging Consultants,    PO Box 1886,    Harvey, IL 60426-7886
13035699     +Ridge Orthopedic,    5540 W. 111th St,    Oak Lawn, IL 60453-5574
The following entities were noticed by electronic transmission on Jul 27, 2010.
13035670      E-mail/Text: RBALTAZAR@ARMORSYS.COM                            Armor Systems Corporation,
               1700 Kiefer Drive,    Suite 1,    Zion, IL 60099-5105
13035674     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 28 2010 01:00:42
               Capital One Auto Finance,    PO Box 201347,    Arlington, TX 76006-1347
13609915     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 28 2010 01:59:38
               Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
               Arlington, TX 76006-1347
13035683      E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2010 00:47:56      GE Capital/Home Shopping,
               c/o Recovery Management Systems Corp,    Attn Ramesh Singh,    25 S.E. 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
13035689     +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
               PO Box 10497,    Greenville, SC 29603-0497
13035690     +E-mail/Text: tjordan@mcscol.com                            MCS Collections, Inc,
               725 South Wells Street,    Suite 501,    Chicago, IL 60607-4516
13697379     +E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2010 00:48:06
               Recovery Management Systems Corporation,    For Capital Recovery II,
               As Assignee of HSBC/Orchard Bank - Stand,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13697366     +E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2010 00:48:05
               Recovery Management Systems Corporation,    For Capital Recovery II,
               As Assignee of GE Capital - Home Shoppin,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13697377     +E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2010 00:48:05
               Recovery Management Systems Corporation,    For Capital Recovery II,
               As Assignee of Citibank - THD CONSUMER,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13035693       Nationwide Credit & Collection
13035682     ##First Performance Recovery Corp,    PO Box 97296,    Las Vegas, NV 89193-7296
13035696     ##OSI Collection Services,    PO Box 959,    Brookfield, WI 53008-0959
13035698    ##+Redline Recovery Services, LLC,    2350 North Forest Road,    Suite 31B,    Getzville, NY 14068-1398
                                                                                               TOTALS: 1, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: lhuley            Page 2 of 2             Date Rcvd: Jul 27, 2010
Case: 09-00685                 Form ID: pdf006         Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**            **Signature:**   */s/ Joseph Speetjens*